IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


GREG CUMBER,                                    10-CV-363-ST

                 Plaintiff,              ORDER

v.

TERRY CUMBER,

                 Defendant.

BROWN, Judge.

    Magistrate Judge Janice M. Stewart issued Findings and
Recommendation (#22) on July 15, 2010, in which she recommends
this Court grant Defendant's Motion (#7) to Dismiss, deny as moot
Defendant's alternative Motion (#7) to Transfer, deny as moot

1 - ORDER

Plaintiffs' Motion (#5) to Stay and for Entry of Default, and dismiss this matter with prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Shiny Rock Min. Corp v. U.S.*, 825 F.2d 216, 218. (9th Cir. 1987). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>CONCLUSION</u>

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#22).  Accordingly, the Court **GRANTS** Defendant's Motion (#7) to Dismiss, **DENIES as moot** Defendant's alternative Motion (#7) to Transfer, **DENIES as moot** Plaintiffs' Motion (#5) to Stay and for Entry of Default, and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 4th day of October, 2010.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER